# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| **THE NETWORK EFFECT, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**KATHERINE G. FEENEY**<br>**P/K/A KATIE FEENEY**<br><br>**Defendant.** | Case No.: 22-cv-03251-PJM |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff The Network Effect, LLC, by and through its undersigned attorneys, hereby voluntarily dismisses this action with prejudice.

Dated: January 4, 2023    Respectfully submitted,

_____/s/_____
Michael B. MacWilliams (Bar No. 23442)
Elizabeth C. Rinehart (Bar No. 19638)
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, Maryland 21202
Tel: (410) 244-7400
Fax: (410) 244-7742
MBMacWilliams@Venable.com
LCRinehart@Venable.com

*Attorneys for Plaintiff*